Stephen H.M. Bloch #7813
SOUTHERN UTAH WILDERNESS ALLIANCE
425 East 100 South
Salt Lake City, UT 84111
Telephone:  (801) 486-3161
steve@suwa.org

*Attorney for Proposed Intervenor-Defendants*
Southern Utah Wilderness Alliance, *et al.*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **BOX ELDER COUNTY, UTAH**, a political subdivision, and **STATE OF UTAH**  Plaintiffs, vs. **UNITED STATES OF AMERICA**, Defendant, and **SOUTHERN UTAH WILDERNESS ALLIANCE**, *et al.*, Proposed Intervenor-Defendants. | Case No. 1:12-cv-00105-CW Judge Clark Waddoups **NOTICE OF APPEARANCE OF COUNSEL** |

Notice is hereby given of the entry of the undersigned as counsel for the proposed intervenor-defendants Southern Utah Wilderness Alliance and The Wilderness Society.

August 13, 2013                              /s/ Stephen Bloch