Michelle White #16985
SOUTHERN UTAH WILDERNESS ALLIANCE
425 E 100 S
Salt Lake City, UT 84111
801-486-3161
michellew@suwa.org

Attorney for Intervenor-Defendants
Southern Utah Wilderness Alliance

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UINTAH COUNTY, UTAH, a political subdivision; and STATE OF UTAH,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant,<br><br>and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.*,<br><br>    Intervenor-Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:12-cv-00461-CW<br>Judge: Honorable Clark Waddoups |

Notice is hereby given of the entry of the undersigned as counsel for Intervenor-Defendants Southern Utah Wilderness Alliance in the above-captioned action. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

                                Michelle White
                                michellew@suwa.org
                                Southern Utah Wilderness Alliance
                                425 East 100 South
                                Salt Lake City, UT 84111

DATED: June 16, 2019

                                /s/ Michelle White